UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:10-MJ-1435-1

| United States Of America | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER CONTINUING |
| | ) | SUPERVISION |
| Ricardo M. Telusma | ) | |

On May 10, 2011, Ricardo M. Telusma appeared before the Honorable William A. Webb, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Driving While Impaired-Level 4, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on October 16, 2012, the court finds as a fact that Ricardo M. Telusma, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to participate as directed by the probation officer in a treatment program.
2. Failure to pay a monetary obligation.

The court ordered that the defendant will pay in full his monetary obligation by Friday, October 19, 2012. It now appears that the ends of justice would best be served by denying the motion for revocation before the court this date and continuing supervision under the original terms and conditions imposed in this case.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued.

This the 22 day of October, 2012.

James E. Gates
U.S. Magistrate Judge